**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 30, 2013.**

**In The**

# Fourteenth Court of Appeals

### NO. 14-13-00372-CR

## DERON DREGSON CLARE, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 248th District Court
Harris County, Texas
Trial Court Cause No. 1372910**

## M E M O R A N D U M   O P I N I O N

A written request to withdraw the notice of appeal in this case, personally signed by appellant, has been filed with this Court. *See* Tex. R. App. P. 42.2. Because this Court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the Clerk of the Court to issue the mandate of the Court immediately.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Jamison and Donovan.
Do Not Publish - Tex. R. App. P. 47.2(b)